DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IGOR ANCHIPOLOVSKY,**
Appellant,

v.

**US BANK TRUST NATIONAL ASSOCIATION,**
Appellee.

No. 4D2024-1947

[November 26, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. CACE22014403.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellant.

Robert R. Edwards and David Rosenberg of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***